**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01991-BNB

ANDREA HAMMOND, JD,

    Plaintiff,

v.

SHERIFF NEIKER,
FREMONT COUNTY SHERIFF'S OFFICE,
DEPUTY GOODMAN,
DEPUTY BANUFFICIO/DOE, (Spelling of last name unknown),
DEPUTY COLLUM,
NURSE KATHY DOE,
SGT. MILLER, and
ANY DEPUTIES WORKING IN G POD THE NIGHT OF MS. HAMMOND"S ASTHMA ATTACK,

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On July 24, 2014, Plaintiff filed a Motion to Compel, ECF No. 7, and a Motion to Amend Complaint, ECF No. 8.  The Motion to Compel is denied as premature, and the Motion to Amend Complaint is denied as moot.

Dated:  July 25, 2014