IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01991-KMT

ANDREA HAMMOND JD,

    Plaintiff,

v.

SHERIFF BEICKER,
DEPUTY GOODMAN,
DEPUTY BUNCH,
DEPUTY CULLEN,
NURSE CATHY DOE,
SGT. MILLER,

    Defendants.

---

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE OF PLAINTIFF AND THE SHERIFF DEFENDANTS**

---

This matter comes before the Court upon the Joint Motion to Dismiss with Prejudice of Plaintiff and the Sheriff Defendants (Doc. No. 25). The Court, having reviewed the Joint Motion and being fully advised, hereby GRANTS the Joint Motion and ORDERS that all Plaintiff's claims against Defendants Sheriff James Beicker, Deputy Randall Cullen, and Sergeant Robert Miller are dismissed with prejudice.

DATED this 21st day of October, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge