## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01991-KMT

ANDREA HAMMOND JD,

    Plaintiff,

v.

SHERIFF BEICKER,
DEPUTY GOODMAN,
DEPUTY BUNCH,
DEPUTY CULLEN,
NURSE CATHY DOE,
SGT. MILLER,

    Defendants.

## AMENDED ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE OF PLAINTIFF AND THE SHERIFF DEFENDANTS

This matter comes before the Court upon the Joint Motion to Dismiss with Prejudice of Plaintiff and the Sheriff Defendants (Doc. No. 25). The Court, having reviewed the Joint Motion and being fully advised, hereby GRANTS the Joint Motion and ORDERS that all Plaintiff's claims against Defendants Sheriff Beicker, Deputy Goodman, Deputy Bunch, Deputy Cullen, and Sgt. Miller are dismissed with prejudice.

DATED this 22nd day of October, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge