IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01991-MEH

ANDREA HAMMOND,

    Plaintiff,

v.

CATHY DOE, Nurse,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 26, 2015**.

    The Motion to Intervene as Plaintiffs with Newly Discovered Evidence under Fed. R. Civ. P. Rule 24(a) [filed May 22, 2015; docket #44] is **denied**. First, this case was closed on December 29, 2014. Second, the motion reflects the caption, "Andrea Hammond JD v. Sheriff Beicker"; however, the claim against Sheriff Beiker was jointly dismissed with prejudice on October 6, 2014 and the case proceeded only against Cathy Doe, Nurse. Third, the movants do not provide any information to allow the Court to determine whether they may intervene as of right or may be permitted to intervene. Finally, the motion is not accompanied by any proposed pleading that "sets out the claim or defense for which intervention is sought." *See* Fed. R. Civ. P. 24.